No. 1809. PEOPLE, APPELLEE, *v.* VIERA, APPELLANT.—District Court of Arecibo. Crime against public health. Decided December 12, 1921. No bill of exceptions, statement of the case or brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1794. PEOPLE, APPELLEE, *v.* FONTÁNEZ, APPELLANT.—District Court of Humacao. Violation of Excise-tax Law. Decided December 12, 1921. No brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1825. PEOPLE, APPELLEE, *v.* COMPAÑÍA MERCANTIL ARROYANA, APPELLANT.—District Court of Guayama. Violation of Weights and Measures Act. Decided December 12, 1921. From the brief and the record no fundamental error appears. *Affirmed.*

No. 1790. PEOPLE, APPELLEE, *v.* LABOY, APPELLANT.—No. 1917. PEOPLE, APPELLEE, *v.* COLÓN, APPELLANT.—No. 1792. PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—District Court of Ponce. Violation of section 162 of the Penal Code. Decided December 12 and 13, 1921. No evidence of registration appearing, as the applications of the defendants were not sufficient to establish it, the judgments were *reversed.*

No. 2611. FLORES, APPELLEE, *v.* REYES, APPELLANT.—District Court of San Juan, Section 2. Damages. Decided December 13, 1921. Motion by appellee for dismissal. The time within which to file the statement of the case and the extension granted had expired and the transcript not having been filed, the motion was sustained. *Dismissed.*

No. 2613. MARENGO, APPELLEE, *v.* YAMBÓ, APPELLANT.—District Court of Ponce. Ejectment. Decided December 13, 1921. Motion by appellee for dismissal. The extension of time within which to prepare the statement of the case had expired and the appeal not having been perfected, the motion was sustained. *Dismissed.*